UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21270-COOKE

LEANDRE HOWARD,

    Petitioner,

vs.

MARK INCH,
*Secretary, Florida Department of Corrections*,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT

THIS MATTER was referred to the Honorable John J. O'Sullivan, Chief United States Magistrate Judge for the Southern District of Florida, for appropriate resolution of all non-dispositive pretrial matters and a report and recommendation on any dispositive matters, in accordance with 28 U.S.C. §§ 636(b)(1)(A) and (B). ECF No. 6. Judge O'Sullivan issued a report and recommendation recommending that the amended motion to vacate judgment and sentence be denied. ECF No. 17. Petitioner filed objections to the report. ECF No. 19.

Having considered Judge O'Sullivan's report, the relevant legal authorities, and conducted a *de novo* review of the record, the Court agrees with the reasoning and conclusions set forth in the report. Specifically, the Court agrees that Petitioner has not overcome the deference afforded to state court rulings on his ineffective assistance of counsel claims and the denial of his request to appoint post-conviction counsel. The Court agrees with Judge O'Sullivan's analysis that Petitioner is not entitled to habeas relief on these claims.

Accordingly, Judge O'Sullivan's report, ECF No. 17, is **AFFIRMED and ADOPTED**. The motion to vacate sentence, ECF No. 6, is **DENIED**. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 3rd day of March 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*